Robert **STAPLETON**, Plaintiff—Appellant,

v.

**CITY OF PHOENIX**, an incorporated municipality including, but not limited to, the Mayor; et al., Defendants—Appellees.

No. 08–17774.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 3, 2010.

Robert Stapleton, Phoenix, AZ, pro se.

Denton Anthony Casey, Phoenix City Attorney's Office, Phoenix, AZ, for Defendants–Appellees.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Robert Stapleton appeals pro se from the district court's order dismissing his action alleging civil rights violations in connection with state criminal zoning convictions. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *McHenry v. Renne*, 84 F.3d 1172, 1177 (9th Cir.1996). We affirm.

The district court did not abuse its discretion by dismissing the action for viola-

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Stapleton's request for oral argument is denied.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion of Rule 8 because the complaint failed to allege sufficient facts to support federal jurisdiction or any federal claim for relief. *See* Fed.R.Civ.P. 8(a) (stating that a complaint must contain a "short and plain statement" of the grounds for the court's jurisdiction and the claims for relief); *McHenry,* 84 F.3d at 1178–79 (concluding that a court may dismiss an action for noncompliance with Rule 8 after considering less drastic alternatives).

Stapleton's remaining contentions are unpersuasive.

**AFFIRMED.**